UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES, | : | |
| Plaintiff, | : | CIVIL ACTION NO.3:13-CV-01505-VAB |
| | : | |
| V. | : | |
| | : | JUNE 18, 2018 |
| JOHN FRAZIER, ET AL. | : | |
| Defendant, | : | |

## MOTION FOR TEMPORARY RESTRAINING ORDER REGARDING A PORTION OF SETTLEMENT FUNDS

The undersigned counsel, pursuant to Local Rule 7 and Local Rule 41 and Federal Rule of Civil Procedure 65, hereby moves the Court to restrain the State of Connecticut from disbursing a portion of the Settlement proceeds in the above captioned mater until a hearing can be had or until further order of the Court. In support hereof, I represent as follows:

1. On or about November 3, 2016, the Plaintiff, Leo Felix Charles, executed a written Contingent Fee Agreement with my Firm in connection with the above captioned matter.

2. Between November, 2016 until April 24, 2018, I represented Mr. Charles, filed Request for Production of Documents, and engaged in numerous discussions with Assistant Attorney General Robert B. Fiske, III regarding the discovery requests and the State's responses to the same.

3. On November 28, 2017, I attended a Settlement Conference with Mr. Charles, Assistant Attorney General Robert B. Fiske, III, my associate, Rebecca Malinguaggio and Magistrate Holly B. Fitzsimmons. The case did not settle on that date.

4. Subsequently, On January 26, 2018, my associate and I met with Mr. Charles at Somers State Prison and were given settlement authority by Mr. Charles after a lengthy meeting.

As a result, I communicated a new settlement offer to Assistant Attorney General Robert B. Fiske.

5. Between that date and March 21, 2018 further settlement negotiations ensued and Mr. Charles authorize us to accept the State's $15,000.00 offer as long as the State waived any fees it claimed as a lien for his lengthy incarceration. The lien was in excess of One Million dollars at the time the final settlement offer was accepted by the State and Mr. Charles.

6. On March 27, 2018, I forwarded that State's Settlement Agreement and then a W-9 to Mr. Charles at the Franklin House of Corrections, a Massachusetts state facility where he was transferred after being released from custody in Connecticut and is currently being held, pending a determination of his immigration status.

7. On April 24, 2018 Mr. Charles requested to replace me as counsel.

8. On May 9, 2018 Mr. Charles accepted $15,000.00 as a full settlement of any claims in the above matter and subsequently, on information and belief, also provided a W-9 to the State of Connecticut.

9. On June 5, 2018 I wrote Mr. Charles stating that his "Plaintiff's Motion Assenting to Defendant's Offer" Docket Entry No. 125, is virtually identical to the Settlement I negotiated with Assistant Attorney General Robert B. Fiske, and that I am claiming an entitlement to a one third (1/3) contingent fee.

10. Given that Mr. Charles incarceration in Massachusetts (in ICE detention) the undersigned respectfully requests that the State of Connecticut be retrained from disbursing the full $15,000.00 in settlement proceeds, until further order of this Court.

11. The good cause for this request is to prevent Mr. Charles from receiving fees he is contractually obligated to remit to the undersigned and to prevent the contingent fee that is due from being sent to by Mr. Charles to his native homeland.

|  |  |  |
|---|---|---|
| BY: | <u>CT01311</u> |
|  | Michael E. Satti (CT01311) |
|  | Michael E. Satti, Attorney at Law, LLC |
|  | Suite 105, 125 Eugene O'Neill Drive |
|  | New London, CT 06320 |
|  | Tel.: (860) 599-5988 |
|  | Fax: (860) 442-4420 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via email and or regular mail on this 18th day of June, 2018, to the following counsel of record:

**Robert B. Fiske , III**
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

CT01311
Michael E. Satti
